

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00086-CV

| | | |
|---|---|---|
| Debra Knox, Steven Dunning, Pamela Johnson, and Penny Ortiz, Individually and as Representative of the Estate of Patty Dunning, Deceased | § | From the 235th District Court |
| | § | of Cooke County (14-00009) |
| | § | November 17, 2016 |
| v. | § | Opinion by Justice Walker |
| Tahir Rana, M.D., North Texas Cancer Center, L.P., and Gainesville Cancer Center, LLC | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Debra Knox, Steven Dunning, Pamela Johnson, and Penny Ortiz, Individually and as Representative of the Estate of Patty Dunning, Deceased, shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Sue Walker_____
Justice Sue Walker